```
                    FILED
            CLERK, U.S. DISTRICT COURT

              December 4, 2020

         CENTRAL DISTRICT OF CALIFORNIA
         BY:    VPC    DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANIRA ROMERO, AN INDIVIDUAL,<br><br>PLAINTIFF,<br><br>V.<br><br>SODEXO, INC., A DELAWARE CORPORATION; SDH SERVICES WEST, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>DEFENDANTS. | **Case No.:** 2:20-cv-06156-ODW-MAA<br><br>[Assigned for all purposes to the Honorable Judge Hon. Stanley Blumenfeld, Jr.]<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Complaint filed: May 27, 2020<br>Removal filed:   July 10, 2020 |

## ORDER

For good cause shown and based upon the stipulation of the Parties to this action, IT IS HEREBY ORDERED that Plaintiff's entire complaint against the Defendants including all causes of action as alleged therein is hereby dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and all Parties shall bear their own attorney's fees and costs.

DATED:  December 4, 2020

Hon. Stanley Blumenfeld, Jr.
United States District Judge

# PROOF OF SERVICE
*Yanira Romero v. Sodexo, Inc., et al.*
Case No. 2:20-cv-06156-SB-MAA

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On December 6, 2020, I served the following document(s):

**[PROPOSED] ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 6, 2020, at Costa Mesa, California.

*/S/ Alba DonJuan*
Alba DonJuan

**SERVICE LIST**

Ramin R. Younessi, Esq.      Attorneys for Plaintiff
LAW OFFICES OF RAMIN R. YOUNESSI    YANIRA ROMERO
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90010
Telephone: 213-480-6200
Facsimile: 213-480-6201
ryounessi@younessilaw.com